IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Robert Davis, | ) | C.A. No. 4:05-0320-TLW-TER |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| John J. Lamanna, Warden, | ) | |
| and the United States of America , | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

This action was filed by the petitioner, *pro se,* pursuant to 28 U.S.C. § 2241. (Doc. # 1). The respondents filed a motion to dismiss or, alternatively, for summary judgment on April 11, 2005. (Doc. # 6). As the petitioner was proceeding *pro se*, an Order pursuant to Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975) was issued on April 12, 2005 advising the petitioner of the importance of a motion for summary judgment. (Doc. # 7). Petitioner was specifically advised that if he failed to respond adequately, the respondents' motion may be granted, thereby ending his case. Id. Petitioner filed a response on April 25, 2005 (Doc. # 8).

On January 30, 2006, the Magistrate Judge issued an Order directing petitioner to inform the Court within ten (10) days from the date of the Order if he had not been released from custody and for respondents to inform the court within five (5) days if petitioner had been released and their position on how or if the release effected this case. (Doc. # 9) The Order was mailed to FCI Edgefield, the last known address and only address provided by the plaintiff on file with the clerk's office. The Order  was returned.  On January 31, 2006 respondents submitted a supplemental

1

motion to dismiss indicating that this petition should be dismissed as moot, as petitioner was released from federal custody on October 28, 2005.  On February 14, 2005, the Magistrate Judge issued a Report and Recommendation in this case recommending that the that petition be dismissed as Moot.  (Doc. # 13).  No objections have been filed.[1]

This Court is charged with conducting a <u>de novo</u> review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report.  28 U.S.C. § 636.  In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation.  <u>See</u> <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the applicable law.  For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED**  that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 13), and this petition is dismissed as MOOT.

**IT IS SO ORDERED.**

s/ Terry L. Wooten
**TERRY L. WOOTEN**
**UNITED STATES DISTRICT JUDGE**

March 13, 2006
Florence, South Carolina

---

[1]Again, the Court notes that the Report was sent to FCI Edgefield, the last known address and the only address provided by the plaintiff on file with the clerk's office.